UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

         Plaintiff,

v.

ALEX M. ROLLINS,

         Defendant.

Case No. 22-CR-75-4-JPS

**ORDER**

---

On May 30, 2023, the Government filed a two-count Information charging Defendant with a violation of 18 U.S.C. §§ 1951(a) and 2(a) (Count One) and a violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2(a) (Count Two). ECF No. 113.[1] The next day, the parties filed a plea agreement, indicating Defendant intended to plead guilty to both counts in the Information. ECF No. 114. The plea agreement further indicated that the Government would move to dismiss the Second Superseding Indictment as to Defendant at the time of sentencing. *Id.* at 4.

The parties appeared before Magistrate Judge William E. Duffin on June 8, 2023 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 121. Defendant entered a plea of guilty as to Counts One and Two of the Information. *Id.* at 1. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing

---

[1] Defendant was first named as a party to this case on February 28, 2023, when the grand jury returned a twelve-count Second Superseding Indictment, in which Defendant was charged with three violations. ECF No. 58.

and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

On June 9, 2023, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 123. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 123, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge